IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY TOMPKINS | : | CIVIL ACTION NO. 1:13-CV-2793 |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Blewitt) |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Commissioner of Social Security | : | |
| Defendant | : | |

## O R D E R

Before the Court in the above captioned action is a June 24, 2014 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Blewitt.

2) The final decision of the Commissioner of Social Security denying Ms. Tompkins' application for Supplemental Security Income benefits is **VACATED**.

3) The case is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation. The Commissioner shall be free to further develop the evidentiary record as deemed necessary.

4) The Clerk of Court shall close the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court

Dated:  July 16, 2014